UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-277-T-23AAS
21 U.S.C. § 846
21 U.S.C. § 841

DEONTE M. BAKER

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From in or about June, 2016, and continuing through in or about December 2017, in the Middle District of Florida, the defendant,

DEONTE M. BAKER,

did knowingly, willfully, and intentionally conspire with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

All in violation of 21 U.S.C. § 846.

## COUNT TWO

Beginning at least as early as July 2013 and continuing through in or about December 2017, in the Middle District of Florida, the defendant,

DEONTE M. BAKER,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846 or 21 U.S.C. § 841, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, the following: a forfeitable money judgment in the amount of $400,000 which represent the proceeds of the offense.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Robert A. Mosakowski
Assistant United States Attorney

By: _____
Josephine W. Thomas
Assistant United States Attorney
Chief, Criminal Division

FORM OBD-34
June 18

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DEONTE M. BAKER

## INDICTMENT

Violations:  21 U.S.C. § 846
21 U.S.C. § 841

A true bill,

_____
Foreperson

Filed in open court this 13th day

of June, 2018.

_____
Clerk

Bail $_____