UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:18-cr-277-T-23AAS

DEONTE M. BAKER
_____/

# ORDER

THIS MATTER is before the Court on Defendant's Motion for Bond (Dkt. 21) and the Government's motion to detain Defendant pursuant to 18 U.S.C. § 3142(f). In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail hearing was held on July 10, 2018. This Court concludes that the following facts require the detention of Defendant, Deonte M. Baker, pending further order of the Court.

Defendant is charged in an Indictment with conspiracy and possession with intent to distribute a controlled substance in violation of 21 U.S.C. §§ 841 and 846. The Government seeks detention on grounds that Defendant is a risk of flight and danger to the community, as well as the statutory presumption applicable in this case. Upon consideration, for the reasons stated on the record at the hearing, and based on the factors under 18 U.S.C. § 3142(g), to specifically include the nature and circumstances of the case, the weight of the evidence against Defendant, and the history and characteristics of Defendant, the Court finds that Defendant should be detained pending the final outcome of this case. Specifically, the Court finds that Defendant's release would present a risk of flight given Defendant's prior failures to appear and violations of probation, conviction for fleeing to elude law enforcement, use of controlled substances, and lack of financial ties to the community. Further, the Government's proffer concerning Defendant's conversations in jail concerning potential threats directed toward law

enforcement and flight plans weigh against pretrial release. Accordingly, it is hereby **ORDERED** that Defendant's Motion for Bond (Dkt. 21) is **DENIED** and Defendant be **DETAINED**.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on July 10, 2018.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service