**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                **Case No.  8:18-cr-277-T-23AAS**

**DEONTE M. BAKER**
                                                 /

**O R D E R**

At the hearing held before the undersigned on November 14, 2018, Mr. Baker stated he wishes to withdraw his guilty plea based on additional information he received regarding his appellate rights.  Accordingly, upon consideration, the Report and Recommendation Concerning Plea of Guilty (Dkt. 49) is hereby VACATED and this matter be placed on the trial calendar before Chief Judge Merryday.  Counsel should file a joint status report by Friday, November 16, 2018.

DONE AND ORDERED this   14th   day of November, 2018.

AMANDA ARNOLD SANSONE
United States Magistrate Judge