# IMPORTANT NOTICE

A continuance granted too near a scheduled sentencing results in waste of resources. Counsel's obligation to the court includes due diligence in seeking a continuance. Except in the most acute circumstances, counsel must seek a continuance, including **every continuance premised on a defendant's cooperation with law enforcement**, within thirty days after service of this order. Every motion for a continuance must include a statement of the other party's support or opposition to the proposed continuance.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-277-T-23AAS

DEONTE M. BAKER
_____/

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

In accord with the United States Magistrate Judge's report and recommendation, to which no timely objection appears, the defendant's pleas of guilty to counts one and two of the indictment are **ACCEPTED** and the defendant is adjudged **GUILTY**.

The sentencing will occur on **February 1, 2019**, **at 8:30 a.m.** in Courtroom 15A of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

ORDERED in Tampa, Florida, on December 3, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

TO:   Counsel of Record
      U.S. Probation Office
      U.S. Marshal Service
      U.S. Pretrial Service
      Interpreter: **NO**